UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| LVNV FUNDING, LLC | § |
| | § Civil Action No. 4:21-CV-317 |
| v. | § (Judge Mazzant/Judge Nowak) |
| | § |
| SILSA SHAUNFIELD | § |

### MEMORANDUM ADOPTING IN PART REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636.  On September 2, 2021, the report of the Magistrate Judge (Dkt. #15) was entered containing proposed findings of fact and recommendations that Plaintiff LVNV Funding, LLC's Motion to Remand (Dkt. #14) be granted and *pro se* Defendant Silsa Shaufield's Motion to Dismiss (Dkt. #3) be denied as moot.

Having assessed the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct as to the Motion to Remand, and adopts the Magistrate Judge's report as to the Motion to Remand as the findings and conclusions of the Court.  The Court rejects the finding denying the Motion to Dismiss as moot.  The determination of the status of the Motion to Dismiss is left to the State Court.

It is therefore **ORDERED** that Plaintiff LVNV Funding, LLC's Motion to Remand (Dkt. #14) is **GRANTED**, and that the above-referenced cause is **REMANDED** to the Justice Court, Precinct 6 of Denton County, Texas, for further proceedings.

**IT IS SO ORDERED.**

**SIGNED this 7th day of October, 2021.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE